IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-00526-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFAULT JUDGMENT |
| v. | ) | OF FORFEITURE |
| | ) | (FED. R. CIV. P. 55(b)) |
| $79,500.00 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff United States of America's Motion for Default Judgment against the Defendant. It appears from the record that Plaintiff provided direct notice of this *in rem* forfeiture matter to known claimants and separately published the requisite notice on an official internet government forfeiture site in accordance with Supplemental Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture (the "Supplemental Rules"). Accordingly, with due notice having been provided by the United States as required under the Supplemental Rules, the Court finds that:

1. Process was duly issued in this cause and the Defendant was duly served by the United States Marshals Service pursuant to said process;

2. No person has filed any claim to the Defendant nor answer to the Plaintiff's Complaint within the time fixed by law and in accordance with the requirements of the Supplemental Rules;

3. On April 6, 2021, this Court entered Default in this action at Docket Entry 8; and

4. The well-pled allegations of the Complaint in respect to the Defendant is taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the Defendant;

2. All persons claiming any right, title, or interest in or to the said Defendant are held in Default;

3. The Defendant is forfeited to the United States of America for disposition according to law;

4. The United States shall have clear title to the Defendant and may warrant good title to any subsequent purchaser or transferee pursuant to 21 U.S.C. § 853(n)(7); and

5. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 21st day of April, 2021.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

2

Case 5:20-cv-00526-FL   Document 11   Filed 04/21/21   Page 2 of 2